## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **Trustees of the N.E.C.A. - IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds**<br>Plaintiff(s), | Case No.: **1:26-cv-08488**<br><br>**AFFIDAVIT OF SERVICE** |
| vs. | |
| **Anchor Electric Corporation, an Illinois Corporation**<br>Defendant(s), | |

I, **Nancy Porter**, declare and state as follows:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. The following are the results of my efforts to serve process in the above captioned case.

Type of Process: **Summons in a Civil Action and Complaint**

Defendant to be served: **Anchor Electric Corporation c/o Amy Teeling, Registered Agent**

Address where served: **291 East Street Charles Road, Carol Stream, IL 60188**

On **July 29, 2026** at **8:27 AM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Jim Granger**, (Title) **Authorized Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Brown** - Approx. Age: **42** - Height: **5ft 9in** - Weight: **170**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

x _Nancy A. Porter_
Nancy Porter

Date Signed: 07/31/2026

Job: 707178
File: 5089-999

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | | |
|---|---|---|
| Trustees of the N.E.C.A. - IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 26-cv-8488 |
| Anchor Electric Corporation | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Anchor Electric Corporation
c/o Amy Teeling, Reg. Agent
291 E. St. Charles Road
Carol Stream, IL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: July 20, 2026

(By) DEPUTY CLERK