**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: **Trustees of the N.E.C.A. - IBEW Local 176**    Case Number: 26-cv-8488
**Health, Welfare, Pension, Vacation, and Training**
**Trust Funds**
      v.
**Anchor Electric Corporation, an Illinois corporation**

An appearance is hereby filed by the undersigned as attorney for:
**Defendant, Anchor Electric Corporation**

Attorney name (type or print): **Kathleen M. Cahill**

Firm:    **Allocco, Miller & Cahill, P.C.**

Street address:    **20 N. Wacker Drive, Suite 3517**

City/State/Zip:    **Chicago, IL 60606**

Bar ID Number: **6269486**          Telephone Number:    **(312) 675-4325**
(See item 3 in instructions)

Email Address: **kmc@alloccomiller.com**

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐   Retained Counsel

☐   Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/8/26

Attorney signature:    S/ Kathleen M. Cahill
            (Use electronic signature if the appearance form is filed electronically.)