## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the N.E.C.A. – IBEW Local 176 Health,
Welfare, Pension, Vacation, and Training Trust Funds

                                                             Plaintiff,

v.

                                                  Case No.:
                                                  1:26−cv−08488
                                                  Honorable April M.
                                                  Perry

Anchor Electric Corporation

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2026:

       MINUTE entry before the Honorable April M. Perry: The parties are asked to file a joint initial status report, consistent with the template on Judge Perry's website, by 8/24/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.