**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the N.E.C.A. − IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds

Plaintiff,

v.

Case No.: 1:26−cv−08488

Honorable Jeannice W. Appenteng

Anchor Electric Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable April M. Perry: CONSENT REASSIGNMENT of case to the Honorable Jeannice W. Appenteng pursuant to Local Rule 73.1(C) for all further proceedings, parties having consented to the reassignment. Mailed notice (axm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.