**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the N.E.C.A. − IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds

Plaintiff,

v.

Case No.: 1:26−cv−08488

Honorable Jeannice W. Appenteng

Anchor Electric Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: This case has been reassigned to Magistrate Judge Appenteng for all further proceedings by consent of the parties [12] [14]. By 9/18/2026, the parties shall file a joint status report setting forth the information in the Court's Standing Order for Initial Joint Status Reports. The parties are advised that they may contact this Court's courtroom deputy if at any point they are mutually interested in scheduling a settlement conference with this Court or another Magistrate Judge. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.