**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No. 26-cv-8488** |
| **ANCHOR ELECTRIC CORPORATION, an Illinois corporation,** | ) | **Judge April M. Perry** **Mag. Judge Jeannice W. Appenteng** |
| **Defendant** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court Order entered on August 28, 2026, the parties advise that the current status of the matter is as follows:

The parties in this matter consented to the reassignment of the matter to Magistrate Judge Appenteng. The matter was reassigned per court order dated August 28, 2026. (Docket #15). This matter is a suit to obtain a fringe benefits audit. The defendant is currently compiling documents to comply with the audit. Once completed, the audit will be forwarded to defendant for review and any potential challenges.

This Court's August 28, 2026 Order indicated that the parties must file an Initial Joint Status Report. An Initial Joint Status Report was filed in this matter previously per Court Order on August 24, 2026. (Docket #11)

Respectfully submitted,
TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By: _/s/ Paul M. Egan_____________
One of their Attorneys

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

ANCHOR ELECTRIC CORPORATION

By: _/s/ Todd A. Miller____________
One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No. 26-cv-8488** |
| **ANCHOR ELECTRIC CORPORATION, an Illinois corporation,** | ) | **Judge April M. Perry**<br>**Mag. Judge Jeannice W. Appenteng** |
| **Defendant** | ) | |

**JOINT INITIAL STATUS REPORT**

1. The Nature of the Case:

A. The attorney for the Plaintiff is Paul M. Egan of Arnold and Kadjan, LLP.

The attorneys for the Defendant are Todd A. Miller and Kathleen M. Cahill of Allocco, Miller and Cahill.

B. Plaintiffs' complaint is to obtain a fringe benefits audit and for payment of any fringe benefits showed as owing once the audit is completed.

C. It is unknown if there will be any legal or factual issues beyond potential issues of the amounts claimed in the audit, including liquidated damages.

D. Plaintiffs' complaint is to obtain a fringe benefits audit and for payment of any fringe benefits showed as owing once the audit is completed.

2. Jurisdiction:

A. Jurisdiction of this cause is based on Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

3. Status of Service:

The defendant was served and has filed its appearance and Answer to Plaintiffs' Complaint.

4. Consent to Proceed Before a Magistrate Judge—Counsel agree to consent to proceed before the Magistrate Judge at this time.

5. Motions:

A. There are no motions currently pending or planned.

B. The defendants have filed their appearance in this matter.

6. Case Plan:

A. Discovery Plan: In light of the ERISA statute's fee-shifting provisions, the Parties ask to postpone setting a discovery schedule at this time, to conserve Defendant's resources for settlement.

B. With respect to trial,

(1) The parties have not requested trial by jury.

(2) If there ultimately is a trial, typically these do not take longer than 3 days.

7. Status of Settlement Discussions

A. The parties have yet to commence settlement discussions as the audit is yet to be completed, but will do so promptly once the audit is completed and Defendant completes its review of the audit findings and presents its challenges to Plaintiffs.

B. See above

C. The parties do not request a settlement conference at this time.

Respectfully submitted,

TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By: _/s/ Paul M. Egan____________
One of their Attorneys

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

ANCHOR ELECTRIC CORPORATION

By: _/s/ Todd A. Miller___________
One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325