**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No. 26-cv-8488** |
| **ANCHOR ELECTRIC CORPORATION, an Illinois corporation,** | ) | **Judge April M. Perry**<br>**Mag. Judge Jeannice W. Appenteng** |
| **Defendant** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court Order entered on September 18, 2026, the parties advise that the current status of the matter is as follows:

This matter is a suit to obtain a fringe benefits audit. The defendant forwarded documents to comply with the audit. The auditor has completed a draft of the audit, which plaintiffs are reviewing prior to finalizing. Once completed, the audit will be forwarded to defendant for review and any potential challenges. Plaintiffs anticipate that the union will have their review complete by December 1, 2026. The parties would request a follow-up status in 60 days.

Respectfully submitted,
TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By: /s/ Paul M. Egan
One of their Attorneys

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

ANCHOR ELECTRIC CORPORATION

By: _/s/ Todd A. Miller____________
One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325