**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the N.E.C.A. − IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds

Plaintiff,

v.

Case No.: 1:26−cv−08488

Honorable Jeannice W. Appenteng

Anchor Electric Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 18, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the 11/18/2026 joint status report [18], which indicates that defendant produced documents to comply with a fringe benefits audit and the draft audit should be finalized by 12/1/2026. Once completed, the audit will be forwarded to defendant for review and any potential challenges. By 1/20/2027, the parties shall file a joint status report providing an update on the audit and stating whether any disputes require the Court's attention. Emailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.